# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| KIRI J. PATEL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:20-cv-00645-LCB-JHE |
| | ) |
| WILLIAM BARR, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on October 23, 2020, recommending that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice.[1] (Doc. 7). Although the parties were advised of the right to file objections to the report and recommendation, no objections have been received by the Court and the time limitation for filing has expired.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and

---

[1] The copy of the Report and Recommendation mailed to the petitioner at his address of record, has been returned to the Court marked "Return to Sender," "Refused," and "Unable to Forward." (Doc. 8). The Online Detainee Locator System website maintained by U.S. Immigration and Customs Enforcement reflects the petitioner is no longer in their custody. The petitioner has not provided the Court with a forwarding address.

2

**ACCEPTS** his recommendation. The Court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**.

A separate order will be entered.

**DONE** and **ORDERED** January 20, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE